UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAT-A-SYST, LLC, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DENSO CORPORATION, DENSO INTERNATIONAL AMERICA, INC., PANASONIC CORP., PANASONIC CORPORATION OF NORTH AMERICA, STANLEY ELECTRIC CO., LTD., STANLEY ELECTRIC U.S. CO., INC., II STANLEY CO., INC., KOITO MANUFACTURING CO. LTD., NORTH AMERICAN LIGHTING, INC., MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC US HOLDINGS, INC., and MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC. <br><br> Defendants. | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani <br><br> Case No. 2:17-cv-12331-MOB-MKM |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiff DAT-A-SYST, LLC, voluntarily dismisses its claims without prejudice against all Defendants.

Dated: October 19, 2017        /s/ David H. Fink
                                                                      David H. Fink (P28235)
                                                                       Darryl Bressack (P67820)
                                                                        FINK + ASSOCIATES LAW
                                                                         38500 Woodward Avenue
                                                                         Suite 350
                                                                         Bloomfield Hills, MI 48304
                                                                         Telephone: (248) 971-2500

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
PRETI, FLAHERTY, BELIVEAU
  & PACHIOS LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
ghansel@preti.com
rweill@preti.com
msmith@preti.com

Steven A. Kanner
William H. London
Michael E. Moskovitz
FREED KANNER LONDON
  & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
skanner@fklmlaw.com
wlondon@fklmlaw.com
mmoskovitz@fklmla.com

Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs

M. John Dominguez
David A. Young
COHEN MILSTEIN SELLERS
 & TOLL PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 833-6575

Matthew W. Ruan
COHEN MILSTEIN SELLERS
 & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797

Solomon B. Cera
Thomas C. Bright
Pamela A. Markert
CERA LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Telephone: (415) 777-2230

Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

**FINK + ASSOCIATES LAW**

/s/ Nathan J. Fink_____
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK + ASSOCIATES LAW
38500 Woodward Avenue; Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com
nfink@finkandassociateslaw.com